# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155969 & (26)

SUSAN GARDNER,
      Plaintiff-Appellee,

v

ANDERSEN EYE ASSOCIATES, PLC,
      Defendant-Appellant.

SC: 155969
COA: 336707
Saginaw CC: 16-029150-CD

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 2, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2017



s0627

Clerk